NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ANTHONY JEREMIAH BAYNE

---

2012-1640
(Serial No. 11/871,992)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves for an extension of time, until January 11, 2013, to file his principal brief. Anthony Jeremiah Bayne opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

IN RE ANTHONY BAYNE                                                    2

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27